◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEREK RAWLINGS, Also Known as DEREK RAWLING, Appellant. [850 NYS2d 907]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 10, 1995 (*People v Rawlings,* 220 AD2d 541 [1995]), affirming a judgment of the Supreme Court, Queens County, rendered August 31, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Rivera, Ritter and Miller, JJ., concur.